UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MEDICAL PLAZA, LLC                                                                           PLAINTIFF

V.                                                                         CIVIL ACTION NO. 1:07cv98-LTS-RHW

UNITED STATES FIDELITY AND GUARANTY COMPANY          DEFENDANTS
AND JOHN AND JANE DOES A, B, C, D, E, F, G, AND H

### ORDER

In accordance with a Memorandum Opinion filed contemporaneously herewith, **IT IS ORDERED**:

USF&G's [85] Motion for Partial Summary Judgment is **DENIED**, the Court finding that the Undamaged Portion of the Building provision extends coverage to the loss and that at this time there is a genuine issue of material fact on the issue of punitive damages;

Plaintiff's [91] Motion for Partial Summary Judgment is **DENIED**, the Court finding that damages are limited to the loss in value of the undamaged portion of the building;

Plaintiff's [90] Motion for Attorney Fees and Expenses Pursuant to Fed. R. Civ. P. 37(c)(2) is **DENIED**.

**SO ORDERED** this the 16th day of September, 2008.

                s/ L. T. Senter, Jr.
                L. T. SENTER, JR.
                SENIOR JUDGE